ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MINA KIM,

        Plaintiff,

-against-

MICHAEL CHERTOFF, Secretary of the United
States Department of Homeland Security;
MICHAEL B. MUKASEY, Attorney General of the
United States; EMILIO T. GONZALEZ, Director of the
United States Citizenship and Immigration Services;
UNITED STATES CITIZENSHIP AND IMMIGRATION
SERVICES; ROBERT S. MUELLER, Director, FBI;
FEDERAL BUREAU OF INVESTIGATION,

        Defendants.
------------------------------------------------------------x

STIPULATION AND ORDER

08-CV-00300(CM)

A# 94 875 975

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
      March 27, 2008

By: _____
DANIEL BERNARD LUNDY
Attorney for Plantiff
Barst & Mukamal LLP
2 Park Avenue, 19th Floor
New York, NY 10016
Telephone No.: (212) 686-3838

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

Dated: New York, New York
March 27, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: *[signature]*
KIRTI VAIDYA REDDY
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone No.: (212) 637-2751

SO ORDERED: *[signature]*
U.S.D.J.

4-1-08